UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-0526-DMG (AFMx) | Date | February 27, 2024 |
| Title | *Anna Young v. Asset Recovery Solutions, LLC* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS— ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO RESPOND TO COURT ORDER**

On September 12, 2023, the Court referred this case to the Court Mediation Panel and ordered the parties to file a Joint Status Report within seven days after the completion of their ADR proceeding, which was to be held by February 9, 2024, regarding the status of settlement. [Doc. # 22.] The deadline passed on February 16, 2024 without an update from the parties. Furthermore, all pretrial documents were due to be filed on February 20, 2024. To date, the required documents have not been filed.

The Court therefore **ORDERS THE PARTIES TO SHOW CAUSE, by no later than March 8, 2024**, why sanctions should not be imposed upon the parties for their non-compliance with a Court order.

**IT IS SO ORDERED.**

| | | |
|---|---|---|
| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk KD |