JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA YOUNG,<br><br>      Plaintiff,<br><br>v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>      Defendant. | Case No. CV-23-0526-DMG (AFMx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION [25]** |

Pursuant to the Parties' joint stipulation, the Court hereby **ORDERS**:

1. Plaintiff's claims against Defendant Asset Recovery Solutions, LLC are dismissed with prejudice.
2. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: March 6, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE